Tiago Leite
Bay State Corr. Center
P.O. Box 73
Norfolk, MA 02056
October 15, 2004

Pro Se Clerk
(Civil Division)
U.S. District Court
Obe Courthouse Way
Boston, MA 02210

RE:  Leite v. Corsini
     04-11794-GAO

Dear Sir/Madam:

   The above-referenced (state) petition for a writ of habeas corpus was filed in U.S. District Court on or about August 19. To date, I have not been informed if the court has taken any action whatsoever on my petition. Could you please check, and drop me a note informing me of the current status of my case?
   As always, thank you for your assistance.

                                         Sincerely,

                                         Tiago Leite

c: file