UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIAGO LEITE<br>      Petitioner,<br><br>v.<br><br>MICHAEL CORSINI<br>      Respondent. | Civil Action No. 04-11794-GAO |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Respondent, Michael Corsini, the Superintendent of the Bay State Correctional Institution, in the above-entitled habeas corpus action.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

_____
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: November 12, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2004, I caused a copy of the above Notice of Appearance to be served by first-class mail, postage prepaid, upon Tiago Leite, *pro se*, Bay State Correctional Institution, P.O. Box 73, Norfolk, MA 02056.

_____
Eva M. Badway