UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIAGO LEITE<br>    Petitioner,<br><br>v.<br><br>MICHAEL CORSINI<br>    Respondent. | Civil Action No. 04-11794-GAO |

### RESPONDENT'S MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO FILE A RESPONSIVE PLEADING

Now comes the Respondent, Michael Corsini, and hereby respectfully moves this Court to enlarge the time in which he must file a responsive pleading to the petition for habeas corpus until December 17, 2004. The respondent's responsive pleading to the petition is currently due on November 29, 2004. In support of this motion the respondent states:

1. This is a federal habeas corpus petition, brought pursuant to 28 U.S.C. §2254, from the petitioner's 1998 Bristol County conviction for drug trafficking.

2. The respondent has requested necessary documents from the Bristol District Attorney's Office and has yet to receive those documents. Due to the need to review these documents, and counsel's other responsibilities in the Attorney General's Office, the respondent will require more time to properly answer the petition.

3. The undersigned counsel is scheduled to file the appellee's brief in the case of *Erick J. Jones v. City of Boston, et al.*, United State Court of Appeals for the First Circuit No. 04-1975, on November 24, 2004.

4. The undersigned counsel is also scheduled to file the Commonwealth's brief in the case of *Commonwealth v. John Williams*, Mass. Appeals Court No. 2004-P-546, on November 29, 2004.

5. The undersigned counsel is scheduled to attend a seminar sponsored by the National Attorneys' General Association on the topic of United States Supreme Court practice from December 1, 2004 through December 2, 2004.

6. No previous application has been made to this Court for an enlargement of time to answer or otherwise plead.

**WHEREFORE,** the Respondent requests that this Court enlarge the time in which he must file a responsive pleading to the petition for habeas corpus until December 17, 2004.

Respectfully submitted,

_____
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: November 12, 2004

### CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2004, I caused a copy of the above Motion for an Enlargement of Time to be served by first-class mail, postage prepaid, upon Tiago Leite, *pro se*, Bay State Correctional Institution, P.O. Box 73, Norfolk, MA 02056.

_____
Eva M. Badway