UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIAGO LEITE ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CORSINI ) <br> Respondent. ) <br> ) | Civil Action No. 04-11794-GAO |

### RESPONDENT'S MOTION FOR A SCHEDULING ORDER

Now comes the respondent, Michael Corsini, Superintendent of the Bay State Correctional Institution, and hereby respectfully moves this Court to establish January 5, 2005 as the date for the respondent to file a Memorandum of Law in Opposition to the Petition for Habeas Corpus.

WHEREFORE, the respondent requests that the Court set January 5, 2005 as the date for the respondent to file a Memorandum of Law in Opposition to the Petition for Habeas Corpus.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

/s/ Eva M. Badway
Eva M. Badway
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2824
BBO # 635431

Dated: December 10, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2004, I caused a copy of the above Motion for a Scheduling Order to be served by first-class mail, postage prepaid, upon Tiago Leite, *pro se*, Bay State Correctional Institution, P.O. Box 73, Norfolk, MA 02056.

                                                Eva M. Badway