UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11794-GAO

TIAGO LEITE,
Petitioner,

v.

MICHAEL CORSINI,
Respondent.

ORDER ADOPTING REPORT AND RECOMMENDATION
February 16, 2006

O'TOOLE, D.J.

The magistrate judge to whom this matter was referred has issued a report recommending that the petition for a writ of habeas corpus be denied. No objections to the report and recommendation have been received, and the time for making such objections has expired.

After review of the pertinent papers, I APPROVE and ADOPT the report and recommendation. Accordingly, the petition for a writ of habeas corpus is DENIED.

It is SO ORDERED.

February 16, 2006                    \s\ George A. O'Toole, Jr.
DATE                                 DISTRICT JUDGE