UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TIAGO LEITE
              Petitioner

v.                                   CIVIL ACTION NO. 04-11794-GAO

MICHAEL CORSINI
              Respondent

## JUDGMENT IN A CIVIL CASE

O'TOOLE                 , D.J.

☐   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's Order, dated February 16, 2006, the court APPROVES and ADOPTS the report and recommendation.  Accordingly, the petition for a writ of habeas corpus is DENIED.


SARAH A. THORNTON,
CLERK OF COURT

Dated: 2/17/06                                     By   PAUL S. LYNESS
                                                              Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)